UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR D. JACKSON, H40738,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW TAYLOR, et al.,<br><br>    Defendant(s). | Case No. 21-cv-03660-SK  (PR)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 88) |

    The parties have resolved this case in its entirety and filed a joint stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(a)(1)(A)(ii).  See ECF No. 106.  Pursuant to the joint stipulation, this case is DISMISSED with prejudice.

    The clerk is instructed to terminate all pending motions/requests as moot (see ECF No. 88) and close the file.

    **IT IS SO ORDERED**.

Dated: March 13, 2023

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge